United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRELL D. FOLEY,

    Plaintiff,

    v.

TOM BATES, et al.,

    Defendants.
                              /

No. C 07-0402 PJH

**ORDER VACATING HEARING DATE**

    Pursuant to Civil Local Rule 7-1(b), the court finds that the federal defendant's motion to dismiss, which has been noticed for hearing on June 27, 2007, is appropriate for decision without oral argument.

    Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

    **IT IS SO ORDERED.**

Dated: June 14, 2007

PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE